IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC BRIDGES, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEAN KILKENNY et al., | : | No. 17-2802 |
| *Defendants*. | : | |
| | : | |

# O R D E R

**AND NOW**, this 21st day of December, 2017, upon consideration of Defendants' Motion to Dismiss (Doc. No. 7) and Plaintiff's Response to the Motion (Doc. No. 10), it is hereby ordered that:

1. The Motion to Dismiss (Doc. No. 7) is **GRANTED.**

2. **The Clerk of Court shall MARK THIS CASE CLOSED for all purposes, including statistics.**

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE